IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| in re: PROVIDIAN FINANCIAL CORP. ERISA LITIGATION, | No. C 01-5027 CRB |
| This Document Relates To: ALL ACTIONS | <u>CLASS ACTION</u> |
| | **ORDER RE CONSOLIDATING RELATED ERISA ACTIONS** |

    Pursuant to the stipulation (doc. #12) filed on May 3, 2002, **IT IS SO ORDERED.**

Dated: May 15, 2002

                                                        /s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\providian.wpd