Lynn Lincoln Sarko *(admitted pro hac vice)*
Derek W. Loeser *(admitted pro hac vice)*
**KELLER ROHRBACK, L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
206.623.1900 / 206.623.3384 (fax)
Email: lsarko@kellerrohrback.com
　　　dloeser@kellerrohrback.com

Jane B. Stranch *(admitted pro hac vice)*
**BRANSTETTER, KILGORE, STRANCH & JENNINGS**
227 Second Avenue, North, 4th Floor
Nashville, TN 37201-1631
615.254.8801 / 615.2555419 (fax)
Email: jbs@branstetterlaw.com

*Co-Lead Counsel for ERISA Plaintiffs*

Gregory C. Braden *(admitted pro hac vice)*
H. Douglas Hinson *(admitted pro hac vice)*
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
404.881.7000 / 404.881.4777 (fax)
Email: gbraden@alston.com
　　　dhinson@alston.com

*Lead Counsel for ERISA Defendants*

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re PROVIDIAN FINANCIAL CORP. ERISA LITIGATION | Master File No. C-01-5027 CRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS | |

## <u>JOINT MOTION TO AMEND AND SUBSTITUTE ORDER AND FINAL JUDGMENT AND NOTICE TO CLASS MEMBERS</u>

The undersigned counsel for Plaintiffs and Defendants in the above-entitled action respectfully move the Court to substitute the amended Order and Final Judgment, attached hereto as Exhibit A, and the amended Notice of Class Action Settlement, attached hereto is Exhibit B, for the documents filed as Exhibits D and A respectively to the Stipulation and Agreement of

Settlement preliminarily approved by the Court on April 18, 2003. In support of this Motion the parties respectfully show the Court as follows:

1. At the hearing April 18, 2003, counsel for Plaintiffs noted that the U.S. Department of Labor ("DOL") would receive notice of the proposed Settlement. In February 2003, the DOL issued a proposed class exemption taking the position that a release of claims by an ERISA plan in settlement of claims for breach of fiduciary duty *may* constitute a prohibited transaction under certain circumstances. The attached amended Order and Final Judgment sets forth in greater detail the proposed findings supporting the conclusion that the Settlement in this case does not constitute a "prohibited transaction" and is necessary to insure that all released claims are extinguished in the Settlement. The parties will serve the revised Order and Final Judgment as well as all other documents preliminarily approved by the Court on the DOL and will address any issues raised by the DOL.

2. The attached Amended Notice is necessary in order to add the date of the Fairness Hearing (June 27, 2003), remove reference to Fed. R. Civ. P. 23(b)(2) per the Court's Preliminary Order dated April 18, 2003, indicate that the Named Plaintiffs will receive an additional $1000, and to provide further detail regarding the formula class member's can use to estimate their Settlement Payments under the Agreement.

Based upon the foregoing, the parties respectfully request the Court accept the amended Order and Final Judgment and Notice of Class Action Settlement in substitution of Exhibits D and A respectively, which were filed with the Stipulation and Agreement of Settlement on March 4, 2003.

DATED this 23rd day of April 2003.

/s/
Lynn Lincoln Sarko *(admitted pro hac vice)*
Derek W. Loeser *(admitted pro hac vice)*
**KELLER ROHRBACK, L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
206.623.1900 / 206.623.3384 (fax)

/s/
Jane B. Stranch *(admitted pro hac vice)*
**BRANSTETTER, KILGORE,
STRANCH & JENNINGS**
227 Second Avenue, North, 4th Floor
Nashville, Tennessee 37201-1631
615.254.8801 / 615.255.5419 (fax)

*Co-Lead Counsel for Plaintiffs*


/s/
Gregory C. Braden *(pro hac vice)*
H. Douglas Hinson *(pro hac vice)*
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404.881.7000 / 404.881.7777 (fax)

*Lead Counsel for Defendant Providian Financial Corp.*

**SO ORDERED** this 24th day of April, 2003.

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION